NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Randy Buck Hood, | No. CV-15-01916-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Maricopa County Jails, *et al.*, | |
| Defendants. | |

At issue is the Report and Recommendation (R&R) submitted in this matter by Magistrate Judge Deborah M. Fine on February 19, 2016. (Doc. 10.) In the R&R, Judge Fine recommended that the Court dismiss this matter without prejudice because Plaintiff failed to comply with LR. Civ. 83.3(d), which required him to file a notice of change of address within seven days after the effective date of the change, by not informing the Court or the remaining Defendant of any forwarding address after his release from custody. The time to object to the R&R has expired and Plaintiff failed to object to the recommendation, which entitles the Court to treat Plaintiff as assenting to the adoption of the R&R. But even upon an independent review of the R&R on the merits, the Court concludes it is appropriate to dismiss the case. As a practical matter, because of Plaintiff's failure to provide a current address or to participate in the litigation, the Court has no way to contact Plaintiff to inform him of the progress of the case or to otherwise ensure that orders it issues in order to manage the progress of this matter reach Plaintiff so he might comply with them.

1    Judge Fine correctly recommends that the matter should be dismissed without
2 prejudice, as this is the least severe sanction available to address the practical effects of
3 Plaintiff's failure to comply with the rules.

4    IT IS ORDERED adopting in whole Judge Fine's R&R (Doc. 10) and the
5 reasoning therein.

6    IT IS FURTHER ORDERED dismissing this matter without prejudice and
7 instructing the Clerk to close it.

8    Dated this 25th day of April, 2016.

```
                                    _____
                                    Honorable John J. Tuchi
                                    United States District Judge
```